| | | |
|---|---|---|
| Debtor 1: | Cortney Corinne Gillum | Social Security number or ITIN: xxx–xx–3110 |
| | First Name    Middle Name    Last Name | EIN: _ _ – _ _ _ _ _ _ _ |
| Debtor 2: (Spouse, if filing) | James K'wane Gillum | Social Security number or ITIN: xxx–xx–5144 |
| | First Name    Middle Name    Last Name | EIN: _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court: District of Minnesota | | Date case filed for chapter: 13    2/1/24 |
| Case number: 24–30281 – MER | | |

| **You can receive** court notices and orders by **email** instead of U.S. Mail via these **two options:** | **For creditors:** Register for Electronic Bankruptcy Noticing at **ebn.uscourts.gov**. | **For debtors:** Register for Debtor Electronic Bankruptcy Noticing (DeBN) at **www.mnb.uscourts.gov/debn** | DeBN |
|---|---|---|---|

## Official Form 309I

# Notice of Chapter 13 Bankruptcy Case

**10/20**

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Cortney Corinne Gillum | James K'wane Gillum |
| 2. | **All other names used in the last 8 years** | fka Cortney Corinne Thomas | |
| 3. | **Address** | 532 Summit Lane Dundas, MN 55019 | 532 Summit Lane Dundas, MN 55019 |
| 4. | **Debtor's attorney** Name and address | Wesley W. Scott LifeBack Law Firm, PA 13 Seventh Ave S St Cloud, MN 56301 | Contact phone 320–252–0330 Email: samantha@lifebacklaw.com |
| 5. | **Bankruptcy trustee** Name and address | Gregory A Burrell 100 South Fifth Street Suite 480 Minneapolis, MN 55402 | Contact phone: 612–479–6112 Email: gab@ch13mn.com |
| 6. | **Bankruptcy clerk's office** Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 200 Warren E. Burger Federal Building and U.S. Courthouse 316 N Robert St St Paul, MN 55101 | Hours open: Monday – Friday 8:00AM to 4:30PM Contact phone 651–848–1000 Web address www.mnb.uscourts.gov Date: 2/2/24 |

**For more information, see page 2**

| **7. Meeting of creditors** Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **February 28, 2024 at 01:00 PM** The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:** **Video/teleconference *ONLY*, contact trustee for direction, see contact details above** |
|---|---|---|
| **8. Deadlines** The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 4/29/24** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 4/11/24** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 7/30/24** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. Proofs of claim can be filed electronically on the court's website: www.mnb.uscourts.gov. No login or password is required. Alternatively, a Proof of Claim form may be obtained at the same website or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:** The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. The plan is enclosed. The hearing on confirmation will be held on: **4/4/24** at **10:30 AM** , Location: **U S Courthouse Courtroom 7 West, 300 S 4th St, Minneapolis, MN 55415 Deadline to object to confirmation of the Chapter 13 Plan: 3/28/24**. | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline. | |

United States Bankruptcy Court

District of Minnesota

| | |
|---|---|
| In re: | Case No. 24-30281-MER |
| Cortney Corinne Gillum | Chapter 13 |
| James K'wane Gillum | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0864-3 | User: admin | Page 1 of 4 |
| Date Rcvd: Feb 02, 2024 | Form ID: 309I | Total Noticed: 40 |

The following symbols are used throughout this certificate:

**Symbol**   **Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++   Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^   Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 04, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Cortney Corinne Gillum, James K'wane Gillum, 532 Summit Lane, Dundas, MN 55019-4130 |
| 63108000 | + Uplft/cb, Attn: Bankruptcy, 440 N. Wolfe Road, Sunnyvale CA 94085-3869 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | Email/Text: samantha@lifebacklaw.com | Feb 02 2024 21:28:00 | Wesley W. Scott, LifeBack Law Firm, PA, 13 Seventh Ave S, St Cloud, MN 56301 |
| tr | + Email/Text: bnc@ch13mn.com | Feb 02 2024 21:29:25 | Gregory A Burrell, 100 South Fifth Street, Suite 480, Minneapolis, MN 55402-1250 |
| smg | + EDI: MINNDEPREV.COM | Feb 03 2024 02:29:00 | Minnesota Department of Revenue, Bankruptcy Section, PO Box 64447, St Paul, MN 55164-0447 |
| smg | + Email/Text: USAMN.BNC.Bankruptcy@usdoj.gov | Feb 02 2024 21:28:00 | United States Attorney, 600 US Courthouse, 300 S 4th St, Minneapolis, MN 55415-3070 |
| ust | + Email/Text: ustpregion12.mn.ecf@usdoj.gov | Feb 02 2024 21:28:00 | US Trustee, 1015 US Courthouse, 300 S 4th St, Minneapolis, MN 55415-3070 |
| 63107937 | + Email/Text: backoffice@affirm.com | Feb 02 2024 21:29:00 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco CA 94108-2716 |
| 63107940 | + EDI: MAXMSAIDV | Feb 03 2024 02:29:00 | Aidvantage, Attn: Bankruptcy, Po Box 9635, Wiles-Barr PA 18773-9635 |
| 63107941 | + Email/Text: pfahey@amaccts.com | Feb 02 2024 21:29:00 | American Accounts & Advisers, 7460 80th St. S, Cottage Grove MN 55016-3007 |
| 63107951 | Email/Text: bankruptcy@creditfresh.com | Feb 02 2024 21:28:00 | CreditFresh, Attn: Bankruptcy, 200 Continental Drive, Suite 401, Newark DE 19713 |
| 63107942 | + EDI: CAPITALONE.COM | Feb 03 2024 02:29:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City UT 84130-0285 |
| 63107944 | + Email/Text: bankruptcy@cavps.com | Feb 02 2024 21:29:00 | Cavalry Portfolio Services, Attn: Bankruptcy, 500 Summit Lake Drive, Suite 400, Vahalla NY 10595-2321 |
| 63107945 | + EDI: CITICORP | Feb 03 2024 02:29:00 | Citi Card/Best Buy, Attn: Citicorp Cr Srvs Centralized Bankr, Po Box 790040, St Louis MO 63179-0040 |
| 63107946 | + EDI: WFNNB.COM | Feb 03 2024 02:29:00 | Comenity Bank/Express, Attn: Bankruptcy, Po Box 182125, Columbus OH 43218-2125 |
| 63107947 | + EDI: WFNNB.COM | Feb 03 2024 02:29:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, |

| ID | | Delivery | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | Po Box 182125, Columbus OH 43218-2125 |
| 63107948 | + | EDI: WFNNB.COM | Feb 03 2024 02:29:00 | Comenity/Carter, Attn: Bankruptcy, Po Box 182125, Columbus OH 43218-2125 |
| 63107949 | + | EDI: WFNNB.COM | Feb 03 2024 02:29:00 | Comenity/Ikea, Attn: Bankruptcy, Po Box 182125, Columbus OH 43218-2125 |
| 63107950 | + | Email/PDF: creditonebknotifications@resurgent.com | Feb 02 2024 21:37:31 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas NV 89113-2273 |
| 63107980 | | EDI: CITICORP | Feb 03 2024 02:29:00 | Macys/fdsb, Attn: Bankruptcy, 9111 Duke Boulevard, Mason OH 45040 |
| 63107952 | + | Email/Text: electronicbkydocs@nelnet.net | Feb 02 2024 21:29:00 | Dept Of Education/neln, Po Box 82561, Lincoln NE 68501-2561 |
| 63107970 | + | EDI: DISCOVER | Feb 03 2024 02:29:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany OH 43054-3025 |
| 63107973 | | Email/Text: FirstmarkAccountMa@firstmarkservices.com | Feb 02 2024 21:28:20 | Firstmark Services, Attn: Bankruptcy, Po Box 82522, Lincoln NE 68501 |
| 63107975 | + | Email/Text: bk@freedomfinancialnetwork.com | Feb 02 2024 21:28:00 | FreedomPlus, Attn: Bankruptcy, 1875 South Grant St, Ste 400, San Mateo CA 94402-2676 |
| 63107976 | + | Email/Text: collections@hometowncu.coop | Feb 02 2024 21:28:00 | Home Town Fcu, 2400 W Bridge St, Owatonna MN 55060-5003 |
| 63107978 | | EDI: IRS.COM | Feb 03 2024 02:29:00 | Internal Revenue Service, Centralized Insolvency, PO Box 7346, Philadelphia PA 19101-7346 |
| 63107979 | + | Email/Text: PBNCNotifications@peritusservices.com | Feb 02 2024 21:28:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee WI 53201-3043 |
| 63107981 | + | EDI: MINNDEPREV.COM | Feb 03 2024 02:29:00 | MN Dept of Revenue, Attn: Denise Jones, PO Box 64447, Saint Paul MN 55164-0447 |
| 63107982 | | Email/Text: EBN@Mohela.com | Feb 02 2024 21:28:00 | MOHELA, Attn: Bankruptcy, 633 Spirit Dr, Chesterfield MO 63005 |
| 63107987 | ^ | MEBN | Feb 02 2024 21:27:57 | NCB Management Services, Attn: Bankruptcy, 1 Allied Drive, Trevose PA 19053-6945 |
| 63107988 | + | Email/Text: netcreditbnc@enova.com | Feb 02 2024 21:29:00 | NetCredit, Attn: Bankruptcy, 175 W. Jackson Blvd, Ste 1000, Chicago IL 60604-2863 |
| 63107989 | + | Email/Text: bnc@nordstrom.com | Feb 02 2024 21:29:31 | Nordstrom FSB, Attn: Bankruptcy, Po Box 6555, Englewood CO 80155-6555 |
| 63107990 | + | Email/PDF: ebnotices@pnmac.com | Feb 02 2024 21:37:22 | PennyMac Loan Services, LLC, Attn: Correspondence Unit, Po Box 514387, Los Angeles CA 90051-4387 |
| 63107991 | | Email/Text: contact@riverview-law.com | Feb 02 2024 21:29:00 | Riverview Law Office PLLC, Po Box 570, Sauk Rapids MN 56379-0570 |
| 63107992 | + | EDI: SYNC | Feb 03 2024 02:29:00 | Syncb/Old Navy, Attn: Bankruptcy, Po Box 965060, Orlando FL 32896-5060 |
| 63107993 | + | EDI: SYNC | Feb 03 2024 02:29:00 | Syncb/Venmo, Attn: Bankruptcy, P.O. Box 965064, Orlando FL 32896-5064 |
| 63107996 | + | EDI: SYNC | Feb 03 2024 02:29:00 | Synchrony Bank/HHGregg, Attn: Bankruptcy, Po Box 965060, Orlando FL 32896-5060 |
| 63107997 | + | EDI: SYNC | Feb 03 2024 02:29:00 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965060, Orlando FL 32896-5060 |
| 63107999 | + | EDI: WTRRNBANK.COM | Feb 03 2024 02:29:00 | Target NB, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis MN 55440-9475 |
| 63108002 | + | EDI: WFFC2 | Feb 03 2024 02:29:00 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a 3rd Floor, Des Moines |

IA 50328-0001

TOTAL: 38

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 63107972 | | Empower Finance/finwis |
| 63107994 | | Syncb/walmart |
| 63107995 | | Syncb/walmart |
| smg | *+ | US Trustee, 1015 US Courthouse, 300 S 4th St, Minneapolis, MN 55415-3070 |
| 63107938 | *+ | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco CA 94108-2716 |
| 63107939 | *+ | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco CA 94108-2716 |
| 63107943 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City UT 84130-0285 |
| 63107953 | *+ | Dept Of Education/neln, Po Box 82561, Lincoln NE 68501-2561 |
| 63107954 | *+ | Dept Of Education/neln, Po Box 82561, Lincoln NE 68501-2561 |
| 63107955 | *+ | Dept Of Education/neln, Po Box 82561, Lincoln NE 68501-2561 |
| 63107956 | *+ | Dept Of Education/neln, Po Box 82561, Lincoln NE 68501-2561 |
| 63107957 | *+ | Dept Of Education/neln, Po Box 82561, Lincoln NE 68501-2561 |
| 63107958 | *+ | Dept Of Education/neln, Po Box 82561, Lincoln NE 68501-2561 |
| 63107959 | *+ | Dept Of Education/neln, Po Box 82561, Lincoln NE 68501-2561 |
| 63107960 | *+ | Dept Of Education/neln, Po Box 82561, Lincoln NE 68501-2561 |
| 63107961 | *+ | Dept Of Education/neln, Po Box 82561, Lincoln NE 68501-2561 |
| 63107962 | *+ | Dept Of Education/neln, Po Box 82561, Lincoln NE 68501-2561 |
| 63107963 | *+ | Dept Of Education/neln, Po Box 82561, Lincoln NE 68501-2561 |
| 63107964 | *+ | Dept Of Education/neln, Po Box 82561, Lincoln NE 68501-2561 |
| 63107965 | *+ | Dept Of Education/neln, Po Box 82561, Lincoln NE 68501-2561 |
| 63107966 | *+ | Dept Of Education/neln, Po Box 82561, Lincoln NE 68501-2561 |
| 63107967 | *+ | Dept Of Education/neln, Po Box 82561, Lincoln NE 68501-2561 |
| 63107968 | *+ | Dept Of Education/neln, Po Box 82561, Lincoln NE 68501-2561 |
| 63107969 | *+ | Dept Of Education/neln, Po Box 82561, Lincoln NE 68501-2561 |
| 63107971 | *+ | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany OH 43054-3025 |
| 63107974 | *P++ | FIRSTMARK SERVICES, 121 S 13TH STREET STE 201, LINCOLN NE 68508-1911, address filed with court:, Firstmark Services, Attn: Bankruptcy, Po Box 82522, Lincoln NE 68501 |
| 63107977 | *+ | Home Town Fcu, 2400 W Bridge St, Owatonna MN 55060-5003 |
| 63107983 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, MOHELA, Attn: Bankruptcy, 633 Spirit Dr, Chesterfield MO 63005 |
| 63107984 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, MOHELA, Attn: Bankruptcy, 633 Spirit Dr, Chesterfield MO 63005 |
| 63107985 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, MOHELA, Attn: Bankruptcy, 633 Spirit Dr, Chesterfield MO 63005 |
| 63107986 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, MOHELA, Attn: Bankruptcy, 633 Spirit Dr, Chesterfield MO 63005 |
| 63107998 | *+ | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965060, Orlando FL 32896-5060 |
| 63108001 | *+ | Uplft/cb, Attn: Bankruptcy, 440 N. Wolfe Road, Sunnyvale CA 94085-3869 |
| 63108003 | *+ | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a 3rd Floor, Des Moines IA 50328-0001 |

TOTAL: 3 Undeliverable, 31 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 04, 2024      Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 2, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Gregory A Burrell | cmecfjzkmn@ch13mn.com |
| US Trustee | ustpregion12.mn.ecf@usdoj.gov |
| Wesley W. Scott | on behalf of Debtor 2 James K'wane Gillum samantha@lifebacklaw.com  ScottWR72722@notify.bestcase.com |
| Wesley W. Scott | on behalf of Debtor 1 Cortney Corinne Gillum samantha@lifebacklaw.com  ScottWR72722@notify.bestcase.com |

TOTAL: 4