Local Form 3015-1 (1/22)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:
**Cortney Corinne Gillum**
**James K'wane Gillum**

Case No.
CHAPTER 13 PLAN ☐ Modified
Dated: **February 1, 2024**

Debtor.
In a joint case, debtor means debtors in this plan.

**Part 1. NOTICE OF NONSTANDARD PLAN PROVISIONS, SECURED CLAIM LIMITATIONS, AND LIEN OR SECURITY INTEREST AVOIDANCE: Debtor must check the appropriate boxes below to state whether or not the plan includes each of the following items:**

| 1.1 | A limit on the amount of a secured claim based on a valuation of the collateral for the claim, set out in Parts 9 or 16 | ☐ Included | ☑ Not included |
|---|---|---|---|
| 1.2 | Avoidance of a security interest or lien, set out in Part 16 | ☐ Included | ☑ Not included |
| 1.3 | Nonstandard provisions, set out in Part 16 | ☑ Included | ☐ Not included |

**Part 2. DEBTOR'S PAYMENTS TO TRUSTEE: The initial plan payment is due not later than 30 days after the order for relief, unless the court orders otherwise.**

2.1  As of the date of this plan, the debtor has paid the trustee $__.

2.2  After the date of this plan, the debtor will pay the trustee:

| Plan payment | Start MM/YYYY | End MM/YYYY | Total |
|---|---|---|---|
| $1,200.00 | 03/2024 (60 months) | 02/2029 | $72,000.00 |
| | | TOTAL: | $72,000.00 |

2.3  The minimum plan length is ☐ 36 months or ☑ 60 months from the date of the initial plan payment unless all allowed claims are paid in a shorter time.

2.4  The debtor will also pay the trustee __0.00__.

2.5  The debtor will pay the trustee a total of $__72,000.00__  [lines 2.1 + 2.2 + 2.4]

**Part 3. PAYMENTS BY TRUSTEE AND TRUSTEE'S FEES:** Prior to confirmation of the plan, the trustee will pay from available funds payments designated as Adequate Protection ("Adq. Pro.") under Parts 8 and 9 to creditors with claims secured by personal property. All other funds will be disbursed by the trustee following confirmation of the plan as soon as is practicable. The trustee will pay from available funds only to creditors for which proofs of claim have been filed. The trustee is not required to retain funds for any claim for which a proof of claim has not been timely filed and may disburse those funds to other claimants. The trustee may collect a fee of up to 10% of plan payments, or $__7,200.00__  [line 2.5 x .10]

**Part 4. EXECUTORY CONTRACTS AND UNEXPIRED LEASES [§ 365] —** The debtor assumes the following executory contracts or unexpired leases. Debtor will pay directly to creditors all payments that come due after the date the petition was filed. Cure provisions, if any, are set forth in Part 7.

| | Creditor | Description of Property |
|---|---|---|
| 4.1 | AT&T | Cell Phone |

**Part 5. CLAIMS NOT IN DEFAULT —** Payments on the following claims are current. The debtor will pay directly to creditors all payments that come due after the date the petition was filed. The creditors will retain liens, if any.

| | Creditor | Description of Property |
|---|---|---|
| | -NONE- | |

**Part 6. HOME MORTGAGES IN DEFAULT (§§ 1322(b)(5) and 1322(e)) —** The trustee will pay the amount of default listed in the proof of claim on the following claims secured only by a security interest in real property that is the debtor's principal residence. The debtor will pay directly to creditors all payments that come due after the date the petition was filed. The creditors will retain liens. **All following entries are estimates.**

| | Creditor | Amount of default | Monthly payment | Beginning in #mo./yr. | # of payments | Remaining Payments | + *amount paid to date by Trustee (mod plan only)* | Total payments |
|---|---|---|---|---|---|---|---|---|
| 6.1 | PennyMac Loan Services, LLC | $1.00 | Pro rata | 03/2024 | Pro rata | $1.00 | $ | $1.00 |
| | | | | | | | TOTAL | $1.00 |

**Part 7. CLAIMS IN DEFAULT (§§ 1322 (b)(3) and (5) and 1322(e)):** The trustee will pay the amount of default listed in the proof of claim in the amount allowed on the following claims. The debtor will pay directly to creditors all payments that come due after the date the petition was filed. The creditors will retain liens, if any. **All following entries are estimates, except for interest rate.**

| | Creditor | Amount of default | Interest rate (if any) | Beginning in mo.yr | Monthly Payments | # of payments | Remaining Payments | + *amount paid to date by Trustee (mod plan only)* | = Total payments |
|---|---|---|---|---|---|---|---|---|---|
| | -NONE- | | | | | | | | |
| | | | | | | | | TOTAL | $0.00 |

**Part 8. SECURED CLAIMS SUBJECT TO MODIFICATION ("CRAMDOWN") PURSUANT TO § 506 (§ 1325(a)(5))** The trustee will pay, the amount set forth in the "Total Payments" column below on the following secured claims if a proof of claim is filed and allowed. Notwithstanding a creditor's proof of claim filed before or after confirmation, the amount listed in the secured claim amount column binds the creditor pursuant to 11 U.S.C. § 1327 and confirmation of the plan is a determination of the creditor's allowed secured claim. For secured claims of governmental units, unless otherwise ordered by the court, the value of a secured claim listed in a proof of claim filed in accordance with FRBP 3012(c) controls over any contrary amount. Unless otherwise specified in Part 16, the creditors listed in this Part retain the liens securing their allowed secured claims to the extent provided under 11 U.S.C. § 1325(a)(5)(B)(i). Any allowed unsecured portion of the claim will be paid under Part 12, Part 13, or Part 14.

| | Creditor | Est. Claim amount | Secured claim amount | Int. Rate | Adq. Pro. (Check) | Begin-ning in mo./yr. | Monthly payment | # of Payments | Remaining payments | +*amount paid to date by Trustee (mod plan only)* | = Total payments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | ☐ | | | | | | |
| | -NONE- | | | | | | | | | | |
| | | | | | | | | | | TOTAL | $0.00 |

**Part 9. SECURED CLAIMS EXCLUDED FROM § 506 AND NOT SUBJECT TO MODIFICATION ("CRAMDOWN") (§ 1325(a)) (910 vehicles and other things of value)(allowed secured claim controls over any contrary amount):** The trustee will pay the amount of the allowed secured claim listed in the proof of claim at the interest rate set forth below. Any allowed unsecured portion of the claim will be paid under Part 12, Part 13, or Part 14. All following entries are estimates, except for interest rate. Unless otherwise specified in Part 16, the creditors listed in this Part retain the liens securing their allowed secured claims to the extent provided under 11 U.S.C. §1325(a)(5)(B)(i).

| | Creditor | Est. Secured Claim amount | Int. rate | Adq. Pro. (Check) | Beginning in mo./yr. | Monthly payment | # of Payments | Remaining payments | +*amount paid to date by Trustee (mod plan only)* | Total payments |
|---|---|---|---|---|---|---|---|---|---|---|
| 9.1 | Home Town Fcu | $27,443.00 | 10.00 | ✔ | 03/2024 | $120.00 | 2 | $240.00 | | |
| | | | | | 05/2024 | $443.45 | 58 | $25,720.20 | | |
| | | | | | | | | | $ | $25,960.20 |
| 9.2 | Home Town Fcu | $10,028.00 | 10.00 | ✔ | 03/2024 | $100.00 | 2 | $200.00 | | |
| | | | | | 052024 | $216.96 | 58 | $12,583.86 | | |
| | | | | | | | | | $ | $12,783.86 |
| | | | | | | | | | TOTAL | $38,744.06 |

**Part 10. PRIORITY CLAIMS (not including claims under Part 11):** The trustee will pay in full all claims entitled to priority under § 507(a)(2) through (a)(10), including the following. **The amounts listed are estimates.** The trustee will pay the allowed portion of the priority amount listed in the proof of claim.

| | Creditor | Claim Amount | Beginning in mo.yr. | Monthly payment | # of payments | Remaining payments | +amount paid to date by Trustee (mod plan only) | =Total payments |
|---|---|---|---|---|---|---|---|---|
| 10.1 | Attorney Fees | $3,500.00 | 03/2024 | $388.89 | 9 | $3,500.00 | $ | $3,500.00 |
| 10.2 | Internal Revenue Service | $4,000.00 | 03/2024 | Pro rata | Pro rata | $4,000.00 | $ | $4,000.00 |
| 10.3 | MN Dept of Revenue | $18.00 | 03/2024 | Pro rata | Pro rata | $18.00 | $ | $18.00 |
| | | | | | | | TOTAL | $7,518.00 |

**Part 11. DOMESTIC SUPPORT OBLIGATION CLAIMS:** The trustee will pay in full all domestic support obligation claims entitled to priority under § 507(a)(1), including the following. **The amounts listed are estimates.** The trustee will pay the allowed portion of the priority amount listed in the proof of claim.

| | Creditor | Claim amount | Beginning in mo./yr. | Monthly payment | # of payments | Remaining payments | + amount paid to date by Trustee (mod plan only) | =Total payments |
|---|---|---|---|---|---|---|---|---|
| | -NONE- | | | | | | | |
| | | | | | | | TOTAL | $0.00 |

**Part 12. SEPARATE CLASSES OF UNSECURED CLAIMS —** In addition to the class of unsecured claims specified in Part 13, there shall be separate classes of non-priority unsecured creditors including the following. The trustee will pay the allowed portion of the nonpriority amount listed in the proof of claim. **All following entries are estimates.**

| | Creditor | Undersecured claim amount | Interest Rate (if any) | Beginning in mo./yr. | Monthly Payment | # of Payments | Remaing payments | + amount paid to date by Trustee (mod plan only) | = Total payments |
|---|---|---|---|---|---|---|---|---|---|
| | -NONE- | | | | | | | | |
| | | | | | | | | TOTAL | $0.00 |

**Part 13. TIMELY FILED UNSECURED CLAIMS —** The trustee will pay holders of allowed non-priority unsecured claims for which proofs of claim were timely filed the balance of all payments received by the trustee and not paid under Parts 3, 6, 7, 8, 9, 10, 11, and 12 their pro rata share of approximately $ **18,536.94** [line 2.5 minus totals in Parts 3, 6, 7, 8, 9, 10, 11, and 12].

13.1    The debtor estimates that the total unsecured claims held by creditors listed in Part 8 and 9 are $ **7,079.00** .

13.2    The debtor estimates that the debtor's total unsecured claims (excluding those in Part 8 and 9) are $ **187,268.00** .

13.3    Total estimated unsecured claims are $ **194,347.00** [lines 13.1 + 13.2].

**Part 14. TARDILY-FILED UNSECURED CREDITORS —** All money paid by the debtor to the trustee under Part 2, but not distributed by the trustee under Parts 3, 6, 7, 8, 9, 10, 11, 12, and 13, will be paid to holders of allowed nonpriority unsecured claims for which proofs of claim were tardily filed. Tardily filed claims remain subject to objection pursuant to 11 U.S.C. §502(b)(9).

**Part 15. SURRENDER OF COLLATERAL AND REQUEST FOR TERMINATION OF STAY:** The debtor has surrendered or will surrender the following property to the creditor. The debtor requests that the stays under §§ 362(a) and §§ 1301(a) be terminated as to the surrendered collateral upon confirmation of the plan.

| | Creditor | Description of Property (including complete legal description of real property) |
|---|---|---|
| | -NONE- | |

**Part 16. NONSTANDARD PROVISIONS:** The Trustee may distribute additional sums not expressly provided for herein at the trustee's discretion. Any nonstandard provisions, as defined in FRBP 3015(c), must be in this Part. Any nonstandard provision placed elsewhere in the plan is void. Any request by the debtor to modify a claim secured only by a security interest in real property that is the debtor's principal residence must be listed in this Part and the debtor must bring a motion to determine the value of the secured claim pursuant to Local Rule 3012-1(a).

| 16.1 | Pursuant to 11 U.S.C. Section 1305, a proof of claim may be filed for taxes that become payable while the case is pending. The trustee will only pay 11 U.S.C. Section 1305 tax claims attributable to the taxable year in which the case concerning such debtor(s) was filed, and only to the extent funds are available.<br><br>The debtor shall send the Trustee each year during the Chapter 13 Plan, copies of his/her federal and state income tax returns at the time they are filed. If the debtor receives a refund from the federal taxing agency but owes the state taxing agency (or vice-versa), the debtor will net the two out and pay the trustee the amount over $1,200 for a single filer, or $2,000 for a joint filer (not including any Earned Income Credit or Working Family Credit). Any additional amounts shall be turned over to the Chapter 13 trustee as additional plan payments.<br><br>**APPROVAL NOT REQUIRED TO INCUR POST PETITION DEBT. Approval by the bankruptcy court, or Chapter 13 trustee, shall not be required prior to debtor incurring ordinary consumer debt while this case is pending. Letters of approval will not be provided by the Chapter 13 trustee and one is not needed for debtor to incur post-petition ordinary consumer debt in Minnesota. All parties in interest retain all rights regarding the treatment of this debt in future modified plans and motions to confirm such plans.**<br><br>**Upon the granting of relief from the automatic stay, the trustee shall cease payments on account of the secured portion of the applicable claim. For any claim arising from the granting of relief from the automatic stay, surrender, foreclosure, repossession, or return of any collateral to any creditor listed in Parts 5, 6, 7, 8, 9, 10, 16 or Non-standard provisions, for any reason, including plan modification, the trustee shall pay such claim as a general unsecured claim upon amendment of the applicable claim. Any alleged balance of any claim to such creditor shall be discharged upon the debtor(s) receiving a discharge in this case.**<br><br>**All secured creditors being paid direct (outside the Chapter 13 plan) on the plan may, upon confirmation of the plan, send debtor monthly statements and are authorized to speak to debtor about post-petition payments.** |
|---|---|

**SUMMARY OF PAYMENTS:**

| Class of Payment | | Amount to be paid |
|---|---|---|
| Payments by trustee [Part 3] | $ | **7,200.00** |
| Home mortgages in default [Part 6] | $ | **1.00** |
| Claims in Default [Part 7] | $ | **0.00** |
| Secured claims subject to modification (cramdown) pursuant to § 506 [Part 8] | $ | **0.00** |
| Secured claims excluded from § 506 [Part 9] | $ | **38,744.06** |
| Priority Claims [Part 10] | $ | **7,518.00** |
| Domestic support obligation claims [Part 11] | $ | **0.00** |
| Separate classes of unsecured claims [Part 12] | $ | **0.00** |
| Timely filed unsecured claims [Part 13] | $ | **18,536.94** |
| TOTAL (must equal line 2.5) | $ | **72,000.00** |

Certification regarding nonstandard provisions:
I certify that this plan contains no nonstandard provision except as placed in Part 16.

Signed: **/s/ Cortney Corinne Gillum**
        **Cortney Corinne Gillum**
        Debtor 1

Signed: **/s/ Wesley W. Scott**
        **Wesley W. Scott 0264787**
        Attorney for debtor

Signed: **/s/ James K'wane Gillum**
        **James K'wane Gillum**
        Debtor 2 (if joint case)

In re:

Cortney Corinne Gillum

James K'wane Gillum

    Debtors

Case No. 24-30281-MER

Chapter 13

# CERTIFICATE OF NOTICE

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 04, 2024:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db/jdb | + | Cortney Corinne Gillum, James K'wane Gillum, 532 Summit Lane, Dundas, MN 55019-4130 |
| 63108000 | + | Uplft/cb, Attn: Bankruptcy, 440 N. Wolfe Road, Sunnyvale CA 94085-3869 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| smg | + | Email/Text: mdor.bkysec@state.mn.us | Feb 02 2024 21:28:00 | Minnesota Department of Revenue, Bankruptcy Section, PO Box 64447, St Paul, MN 55164-0447 |
| smg | + | Email/Text: ustpregion12.mn.ecf@usdoj.gov | Feb 02 2024 21:28:00 | US Trustee, 1015 US Courthouse, 300 S 4th St, Minneapolis, MN 55415-3070 |
| smg | + | Email/Text: USAMN.BNC.Bankruptcy@usdoj.gov | Feb 02 2024 21:28:00 | United States Attorney, 600 US Courthouse, 300 S 4th St, Minneapolis, MN 55415-3070 |
| 63107937 | + | Email/Text: backoffice@affirm.com | Feb 02 2024 21:29:00 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco CA 94108-2716 |
| 63107940 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Feb 02 2024 21:37:32 | Aidvantage, Attn: Bankruptcy, Po Box 9635, Wiles-Barr PA 18773-9635 |
| 63107941 | + | Email/Text: pfahey@amaccts.com | Feb 02 2024 21:29:00 | American Accounts & Advisers, 7460 80th St. S, Cottage Grove MN 55016-3007 |
| 63107951 | | Email/Text: bankruptcy@creditfresh.com | Feb 02 2024 21:28:00 | CreditFresh, Attn: Bankruptcy, 200 Continental Drive, Suite 401, Newark DE 19713 |
| 63107942 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 02 2024 21:37:22 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City UT 84130-0285 |
| 63107944 | + | Email/Text: bankruptcy@cavps.com | Feb 02 2024 21:29:00 | Cavalry Portfolio Services, Attn: Bankruptcy, 500 Summit Lake Drive, Suite 400, Vahalla NY 10595-2321 |
| 63107945 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 02 2024 21:37:27 | Citi Card/Best Buy, Attn: Citicorp Cr Srvs Centralized Bankr, Po Box 790040, St Louis MO 63179-0040 |
| 63107946 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 02 2024 21:29:00 | Comenity Bank/Express, Attn: Bankruptcy, Po Box 182125, Columbus OH 43218-2125 |
| 63107947 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 02 2024 21:29:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus OH 43218-2125 |
| 63107948 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 02 2024 21:29:00 | Comenity/Carter, Attn: Bankruptcy, Po Box 182125, Columbus OH 43218-2125 |
| 63107949 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 02 2024 21:29:00 | Comenity/Ikea, Attn: Bankruptcy, Po Box 182125, |

| | | | |
|---|---|---|---|
| | | | Columbus OH 43218-2125 |
| 63107950 | + Email/PDF: creditonebknotifications@resurgent.com | Feb 02 2024 21:37:27 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas NV 89113-2273 |
| 63107980 | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 02 2024 21:37:22 | Macys/fdsb, Attn: Bankruptcy, 9111 Duke Boulevard, Mason OH 45040 |
| 63107952 | + Email/Text: electronicbkydocs@nelnet.net | Feb 02 2024 21:29:00 | Dept Of Education/neln, Po Box 82561, Lincoln NE 68501-2561 |
| 63107970 | + Email/Text: mrdiscen@discover.com | Feb 02 2024 21:28:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany OH 43054-3025 |
| 63107973 | Email/Text: FirstmarkAccountMa@firstmarkservices.com | Feb 02 2024 21:28:20 | Firstmark Services, Attn: Bankruptcy, Po Box 82522, Lincoln NE 68501 |
| 63107975 | + Email/Text: bk@freedomfinancialnetwork.com | Feb 02 2024 21:28:00 | FreedomPlus, Attn: Bankruptcy, 1875 South Grant St, Ste 400, San Mateo CA 94402-2676 |
| 63107976 | + Email/Text: collections@hometowncu.coop | Feb 02 2024 21:28:00 | Home Town Fcu, 2400 W Bridge St, Owatonna MN 55060-5003 |
| 63107978 | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 02 2024 21:29:00 | Internal Revenue Service, Centralized Insolvency, PO Box 7346, Philadelphia PA 19101-7346 |
| 63107979 | + Email/Text: PBNCNotifications@peritusservices.com | Feb 02 2024 21:28:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee WI 53201-3043 |
| 63107981 | + Email/Text: mdor.bkysec@state.mn.us | Feb 02 2024 21:28:00 | MN Dept of Revenue, Attn: Denise Jones, PO Box 64447, Saint Paul MN 55164-0447 |
| 63107982 | Email/Text: EBN@Mohela.com | Feb 02 2024 21:28:00 | MOHELA, Attn: Bankruptcy, 633 Spirit Dr, Chesterfield MO 63005 |
| 63107987 | ^ MEBN | Feb 02 2024 21:27:55 | NCB Management Services, Attn: Bankruptcy, 1 Allied Drive, Trevose PA 19053-6945 |
| 63107988 | + Email/Text: netcreditbnc@enova.com | Feb 02 2024 21:29:00 | NetCredit, Attn: Bankruptcy, 175 W. Jackson Blvd, Ste 1000, Chicago IL 60604-2863 |
| 63107989 | + Email/Text: bnc@nordstrom.com | Feb 02 2024 21:29:31 | Nordstrom FSB, Attn: Bankruptcy, Po Box 6555, Englewood CO 80155-6555 |
| 63107990 | + Email/PDF: ebnotices@pnmac.com | Feb 02 2024 21:37:22 | PennyMac Loan Services, LLC, Attn: Correspondence Unit, Po Box 514387, Los Angeles CA 90051-4387 |
| 63107991 | Email/Text: contact@riverview-law.com | Feb 02 2024 21:29:00 | Riverview Law Office PLLC, Po Box 570, Sauk Rapids MN 56379-0570 |
| 63107992 | + Email/PDF: ais.sync.ebn@aisinfo.com | Feb 02 2024 21:37:31 | Syncb/Old Navy, Attn: Bankruptcy, Po Box 965060, Orlando FL 32896-5060 |
| 63107993 | + Email/PDF: ais.sync.ebn@aisinfo.com | Feb 02 2024 21:37:32 | Syncb/Venmo, Attn: Bankruptcy, P.O. Box 965064, Orlando FL 32896-5064 |
| 63107996 | + Email/PDF: ais.sync.ebn@aisinfo.com | Feb 02 2024 21:37:31 | Synchrony Bank/HHGregg, Attn: Bankruptcy, Po Box 965060, Orlando FL 32896-5060 |
| 63107997 | + Email/PDF: ais.sync.ebn@aisinfo.com | Feb 02 2024 21:37:26 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965060, Orlando FL 32896-5060 |
| 63107999 | + Email/Text: bncmail@w-legal.com | Feb 02 2024 21:29:00 | Target NB, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis MN 55440-9475 |
| 63108002 | + Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Feb 02 2024 21:37:21 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a 3rd Floor, Des Moines IA 50328-0001 |

TOTAL: 36

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 63107972 | | Empower Finance/finwis |
| 63107994 | | Syncb/walmart |
| 63107995 | | Syncb/walmart |
| 63107938 | *+ | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco CA 94108-2716 |
| 63107939 | *+ | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco CA 94108-2716 |
| 63107943 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City UT 84130-0285 |
| 63107953 | *+ | Dept Of Education/neln, Po Box 82561, Lincoln NE 68501-2561 |
| 63107954 | *+ | Dept Of Education/neln, Po Box 82561, Lincoln NE 68501-2561 |
| 63107955 | *+ | Dept Of Education/neln, Po Box 82561, Lincoln NE 68501-2561 |
| 63107956 | *+ | Dept Of Education/neln, Po Box 82561, Lincoln NE 68501-2561 |
| 63107957 | *+ | Dept Of Education/neln, Po Box 82561, Lincoln NE 68501-2561 |
| 63107958 | *+ | Dept Of Education/neln, Po Box 82561, Lincoln NE 68501-2561 |
| 63107959 | *+ | Dept Of Education/neln, Po Box 82561, Lincoln NE 68501-2561 |
| 63107960 | *+ | Dept Of Education/neln, Po Box 82561, Lincoln NE 68501-2561 |
| 63107961 | *+ | Dept Of Education/neln, Po Box 82561, Lincoln NE 68501-2561 |
| 63107962 | *+ | Dept Of Education/neln, Po Box 82561, Lincoln NE 68501-2561 |
| 63107963 | *+ | Dept Of Education/neln, Po Box 82561, Lincoln NE 68501-2561 |
| 63107964 | *+ | Dept Of Education/neln, Po Box 82561, Lincoln NE 68501-2561 |
| 63107965 | *+ | Dept Of Education/neln, Po Box 82561, Lincoln NE 68501-2561 |
| 63107966 | *+ | Dept Of Education/neln, Po Box 82561, Lincoln NE 68501-2561 |
| 63107967 | *+ | Dept Of Education/neln, Po Box 82561, Lincoln NE 68501-2561 |
| 63107968 | *+ | Dept Of Education/neln, Po Box 82561, Lincoln NE 68501-2561 |
| 63107969 | *+ | Dept Of Education/neln, Po Box 82561, Lincoln NE 68501-2561 |
| 63107971 | *+ | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany OH 43054-3025 |
| 63107974 | *P++ | FIRSTMARK SERVICES, 121 S 13TH STREET STE 201, LINCOLN NE 68508-1911, address filed with court:, Firstmark Services, Attn: Bankruptcy, Po Box 82522, Lincoln NE 68501 |
| 63107977 | *+ | Home Town Fcu, 2400 W Bridge St, Owatonna MN 55060-5003 |
| 63107983 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, MOHELA, Attn: Bankruptcy, 633 Spirit Dr, Chesterfield MO 63005 |
| 63107984 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, MOHELA, Attn: Bankruptcy, 633 Spirit Dr, Chesterfield MO 63005 |
| 63107985 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, MOHELA, Attn: Bankruptcy, 633 Spirit Dr, Chesterfield MO 63005 |
| 63107986 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, MOHELA, Attn: Bankruptcy, 633 Spirit Dr, Chesterfield MO 63005 |
| 63107998 | *+ | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965060, Orlando FL 32896-5060 |
| 63108001 | *+ | Uplft/cb, Attn: Bankruptcy, 440 N. Wolfe Road, Sunnyvale CA 94085-3869 |
| 63108003 | *+ | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a 3rd Floor, Des Moines IA 50328-0001 |

TOTAL: 3 Undeliverable, 30 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 04, 2024        Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 1, 2024 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| US Trustee | ustpregion12.mn.ecf@usdoj.gov |
| Wesley W. Scott | on behalf of Debtor 2 James K'wane Gillum samantha@lifebacklaw.com ScottWR72722@notify.bestcase.com |
| Wesley W. Scott | on behalf of Debtor 1 Cortney Corinne Gillum samantha@lifebacklaw.com ScottWR72722@notify.bestcase.com |

TOTAL: 3