**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:

Cortney Corinne Gillum
fka Cortney Corinne Thomas

Case No: 24–30281 – MER

James K'wane Gillum

Debtor(s)

Chapter 13 Case

**ORDER CONFIRMING CHAPTER 13 PLAN AND ALLOWING COMPENSATION**

It appears that the debtor(s) filed a plan, that the plan conforms to Local Rule 3015–1 and Local Form 3015–1, that copies thereof were mailed to creditors, that a meeting of creditors was held, that a hearing on confirmation of the plan was held, and no objection to confirmation of the plan as filed or as modified has been made, or if made, has been withdrawn or overruled by the court.

It further appears that the attorney for the debtor(s) filed an application for compensation for preconfirmation services, and that the application conforms to Local Rule 2016–1(d) and Local Form 2016–1(d).

IT IS ORDERED:

1. The plan as filed or as modified is confirmed;
2. Any request of the debtor for termination of the stays in Part 16 of the plan is granted; and
3. The attorney for the debtor(s), Wesley W. Scott, is awarded $3500.00 for total compensation or reimbursement and the trustee is authorized to pay the unpaid balance to the attorney for the debtor(s) as provided in the plan.

Dated: 10/4/24

Michael E Ridgway
United States Bankruptcy Judge

**mnbocnf13** 13ocnf 06/22